UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                Case No.

APPROXIMATELY $7,208.00 IN UNITED
STATES CURRENCY,

    Defendant.

---

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

---

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Lisa T. Warwick, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2. The defendant property, approximately $7,208.00 in United States currency, was seized on or about July 3, 2020, from Bounphone Phoneprasith at 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin.

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

### Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred, in part, in this district.

### Basis for Forfeiture

7. The defendant property, approximately $7,208.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

### Facts

8. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

9. Tetrahydrocannabinol ("THC") is a Schedule I controlled substance under 21 U.S.C. § 812.

10. MDMA, also known as ecstasy, is a Schedule I controlled substance under 21 U.S.C. § 812.

**Background**

11. In August 2019, a confidential informant ("CI") told officers the following:

    A. Bounphone Phoneprasith and an individual having the initials J.V. were involved in selling large quantities of high-grade marijuana.

B. Bounphone Phoneprasith and J.V. obtained marijuana and THC cartridges from sources in California.

12. In April 2020, a UPS next day air parcel was pulled from the inbound air belt in Ontario, California.

    A. A drug detection canine alerted to the odor of a controlled substance on the parcel.

    B. Agents obtained a search warrant and opened the parcel.

    C. Inside the parcel was approximately $45,540 in United States currency.

    D. The approximately $45,540 was believed to be proceeds of drug trafficking or currency intended to be used to purchase controlled substances.

    E. The parcel had been shipped from Bounphone Phoneprasith in Milwaukee, Wisconsin, to an individual having the initials S.P. in California.

13. In May 2020, the CI purchased THC cartridges from J.V. for an agreed-upon amount of currency at a pre-determined meet location. Bounphone Phoneprasith was in the passenger's seat of the vehicle in which this drug transaction took place. The cartridges that the CI purchased were labeled as containing 82% THC and the total weight was approximately 1,025 milligrams.

14. In June 2020, the CI told officers that Bounphone Phoneprasith and J.V. were anticipating a shipment of marijuana and THC cartridges.

15. American Airlines records show that Bounphone Phoneprasith and J.V. flew from Chicago, Illinois, to Los Angeles, California, on June 15, 2020, and flew from Los Angeles, California, back to Chicago, Illinois, on June 18, 2020.

16. American Airlines records show that on June 27, 2020, Bounphone Phoneprasith and J.V. again flew from Chicago, Illinois, to Los Angeles, California.

17. During one or both of their June 2020 trips to California, officers believe that Bounphone Phoneprasith and J.V. arranged to have marijuana and/or THC cartridges transported to Milwaukee, Wisconsin.

**July 2, 2020, surveillance at Bounphone Phoneprasith's residence, 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin**

18. On July 2, 2020, officers conducted surveillance at Bounphone Phoneprasith's residence, 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin.

19. On July 2, 2020, surveillance video cameras at Phoneprasith's apartment complex recorded various activities at and near the complex.

20. J.V.'s blue Honda Accord was parked in the visitor parking section at Phoneprasith's apartment complex.

21. At approximately 2:03 p.m., Phoneprasith's vehicle pulled into the garage of the apartment complex.

22. At approximately 2:06 p.m., J.V. entered the building through the west main lobby.

23. At approximately 2:15 p.m., J.V. was standing on the third-floor balcony of Phoneprasith's apartment, Apt. 3XX.

24. At approximately 2:16 p.m., a gray minivan arrived at the apartment complex. A male exited the minivan and carried two large boxes into the building.

25. At the same time the male entered the building carrying the two large boxes, J.V. left the third-floor balcony and re-entered Phoneprasith's apartment.

26. At approximately 2:31 p.m., an individual having the initials C.K. was dropped off at Phoneprasith's apartment complex by a Lyft vehicle. At that time, J.V. walked back onto the third-floor balcony and tossed a set of keys down to C.K.

27. C.K. used the keys to enter J.V.'s Honda Accord. C.K. drove the Honda Accord to the entrance door of the apartment complex and waited in the driver's seat of the vehicle.

28. At approximately 2:35 p.m., J.V. exited the building carrying one of the two large boxes that the male had carried into the building minutes earlier.

29. J.V. placed the box into the trunk of the Honda Accord and entered the passenger side of the vehicle. C.K. then drove away in the Honda Accord, with J.V. as a passenger.

30. Officers followed the Honda Accord and conducted a traffic stop on the vehicle. Neither J.V. nor C.K. were wearing seat belts.

31. C.K. admitted to officers that there was a controlled substance in the vehicle.

32. A drug detection canine conducted a sniff on the exterior of the Honda Accord and alerted to the odor of narcotics on the trunk of the vehicle.

33. Officers searched the Honda Accord.

    A. In the passenger compartment was mail addressed to J.V.

    B. Inside the trunk were the following:

        i. A large box containing seven vacuum-sealed bags of marijuana.

            a. Each bag of marijuana was labeled with the name of a strain of marijuana, including O.G., G.G.S., Cookies, or G.G.

            b. The bags contained approximate weights of 448.41 grams, 336.97 grams, 448.66 grams, 447.80 grams, 445.85 grams, 446.64 grams, and 446.98 grams, for a total of approximately 3,021.31 grams of marijuana.

        ii. One box of .380-caliber ammunition.

        iii. One spent .45-caliber casing.

**July 3, 2020 execution of search warrant at Bounphone Phoneprasith's residence, 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin**

34. On July 3, 2020, officers executed a search warrant at the residence of Bounphone Phoneprasith, 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin (the "subject residence").

35. Bounphone Phoneprasith is the only adult resident of the subject residence.

36. On July 3, 2020, the following items, among other things, were in the subject residence:

    A.    Numerous documents for Bounphone Phoneprasith, including rental documents, Department of Motor Vehicle forms, and a passport.

    B.    In the kitchen:

        i.    Vacuum sealed bags containing a total of approximately 686 grams of marijuana;

        ii.    One baggie containing one and one-half MDMA pills;

        iii.    A money counter;

        iv.    One handgun loaded with 15 rounds of ammunition; and

        v.    A vacuum sealer unit.

    C.    In the master bedroom:

        i.    A total of approximately $7,208 in United States currency in the headboard of the bed;

        ii.    Two rifles – one loaded with 29 rounds of ammunition;

        iii.    Four handguns – two loaded with ammunition; and

        iv.    Additional magazines and ammunition.

### Warrant for Arrest In Rem

37. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### Claims for Relief

38. The plaintiff alleges and incorporates by reference the paragraphs above.

39. By the foregoing and other acts, the defendant property, approximately $7,208.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

40. The defendant approximately $7,208.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $7,208.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2020.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By: /s/ Lisa T. Warwick
LISA T. WARWICK

Assistant United States Attorney
Wisconsin Bar No. 1017754
Attorney for Plaintiff
Office of the United States Attorney
Federal Building, Room 530
517 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-4394
lisa.warwick@usdoj.gov

## Verification

I, Jason J. Baranek, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration ("DEA") in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 36 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 11/24/2020   s/TFO JASON J. BARANEK
Jason J. Baranek
Task Force Officer
Drug Enforcement Administration

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | APPROXIMATELY $7,208.00 IN UNITED STATES CURRENCY |
| (b) County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant Milwaukee *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* Lisa T. Warwick, AUSA US Attorney's Office, #530 Federal Building 517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700) | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 11/25/2020
SIGNATURE OF ATTORNEY OF RECORD: s/LISA T. WARWICK

**FOR OFFICE USE ONLY**
RECEIPT # _____

Case 2:20-cv-01761-WED Filed 11/25/20 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                            Case No.

APPROXIMATELY $7,208.00 IN UNITED
STATES CURRENCY,

      Defendant.

---

## WARRANT FOR ARREST IN REM

---

    To:    THE UNITED STATES MARSHAL
             Eastern District of Wisconsin

    WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 25th day of November, 2020, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

    YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $7,208.00 in United States currency, which was seized on or about July 3, 2020, from Bounphone Phoneprasith at 1XX E. National Avenue, Apt. 3XX, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2020, at Milwaukee, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2

Case 2:20-cv-01761-WED   Filed 11/25/20   Page 2 of 2   Document 1-2